# CERTIFICATE OF ACHIEVEMENT
## "About Me" Program

This certificate is awarded to:

### Shelby Brown

to recognize her attendance, participation and completion of this program.

August 9, 2019

_Rev. Vernetta Byrd_
Rev. Vernetta Byrd, Protestant Chaplain

_Rev. Kimberly Greway_
Rev. Kimberly Greway, Director of Chaplaincy Services

Foundation of HOPE

**EXHIBIT G**



# CERTIFICATE OF ACHIEVEMENT
## "About Me" Program

This certificate is awarded to:

### Shelby Brown

to recognize her attendance, participation and completion of this program.

April 26, 2019

_Rev. Vernetta Byrd_
Rev. Vernetta Byrd, Protestant Chaplain

_Rev. Kimberly Greway_
Rev. Kimberly Greway, Director of Chaplaincy Services

**Foundation of HOPE**

**EXHIBIT G**

# Gospel Express Evangelistic Team
## Certificate

This is to certify that __Shelby Brown__ has successfully completed PART THREE of the Bible Study Course Series,

## "Our Life Together"

Granted this __28th__ day of __October__, 20__18__

*Nelson E. Coblentz*
Evangelist Nelson Coblentz

*Ms. Emily*
Bible Study Course Grader

"Thy word have I hid in my heart that I might not sin against thee."
Psalms 119:11

**EXHIBIT G**

# Gospel Express Evangelistic Team
## Certificate

This is to certify that __Shelby Brown__ has successfully completed PART TWO of the Bible Study Course Series,

## "The One Who Touches Us"

Granted this __4th__ day of __October__, 20__18__.

__Nelson E. Coblentz__
Evangelist Nelson Coblentz

__Ms. Emily__
Bible Study Course Grader

"Thy word have I hid in my heart that I might not sin against thee."
Psalms 119:11

**EXHIBIT G**

# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Shelby "Summer" Brown

HAS SUCCESSFULLY COMPLETED
THE REQUIREMENTS OF THE

Words Without Walls
Creative Writing Workshop

JULY 12
2019

SIGNED, *Sheila Squillante*
Director, MFA in Creative Writing at Chatham University

**EXHIBIT G**