# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | **CRIMINAL CASE NO. 19-261** |
| **SHELBY SUMMER BROWN** ) | |
| ) | |
| Defendant | |

**HEARING ON** SENTENCE

Before Judge **Cathy Bissoon**

Heidi M. Grogan -AUSA                          Sarah E. Levin-FPD

Appear for Plaintiff                                   Appear for Defendant

Hearing began   1/14/20 at 10:20am        Hearing adjourned to

Hearing concluded 1/14/20 at 11:55pm   Stenographer   Karen Earley

**WITNESSES**

For Plaintiff                                              For Defendant

Oral motion for additional point reduction, granted.

Counts 1,2 78 months imprisonment as to count 1, 60 months imprisonment as to count 2, both counts run concurrently, with credit for time served on any federal detainer; 5 years supervised release as to count 1 and 3 years supervised release as to count 2, both counts to run concurrently; Additional personal property subject to forfeiture; No fine, $200 special assessment.

Toya Jones-Live